**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-cv-22970-COOK/TORRES**

ADVANTAGE FUNDING CORPORATION,

    Plaintiff,

vs.

JOHN MORIARTY & ASSOCIATES OF
FLORIDA, INC., AMERICARIBE, INC.
d/b/a AMERICARIBE-MORIARTY JV,
PLAZA CONSTRUCTION GROUP
FLORIDA, LLC, FACCHINA
CONSTRUCTION OF FLORIDA, LLC,
KAST CONSTRUCTION COMPANY, LLC,
CB CONSTRUCTORS, INC.,
THE RELATED GROUP OF FLORIDA,
KLEEN TEEM SERVICES, INC.,
KLEEN TEEM CLEANING AND
CONSTRUCTION SERVICES, LLC,
DEAN STAVRAKAS, and, GEORGE
STAVRAKAS,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE AS TO PLAINTIFF'S**
**CLAIMS AGAINST THE RELATED GROUP OF FLORIDA**

    Plaintiff, ADVANTAGE FUNDING CORPORATION, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) voluntarily dismisses without prejudice all claims against the Related Group of Florida.

    Plaintiff acknowledges and recognizes the effectiveness of this dismissal without prejudice immediately and without further action of the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

This notice does not dismiss any claim against any person other than the Related Group of Florida.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by the CM/ECF system on this 22nd day of August, 2016, to all counsel of record on the service list below.

Respectfully submitted,

**/s/ Daniel W. Matlow__**
Daniel W. Matlow

## SERVICE LIST

Richard R. Chaves
Ciklin Lubitz & O'Connell
515 North Flagler Drive
20th Floor
West Palm Beach, FL 33401
Email: rchaves@ciklinlubitz.com

Bruce Charles King
Carlton Fields 100 SE 2nd Street
Suite 4000, Miami, FL 33131
bking@cfjblaw.com

Stephen Howard Reisman
Peckar & Abramson
1 SE 3rd Avenue
Suite 3050
Miami, FL 33131
sreisman@pecklaw.com

Vincent Francis Vaccarella
Vincent F. Vaccarella P.A.
401 S. E. 12th Street
Suite 300
Ft. Lauderdale, FL 33316
Vincent@v-law.net