**KLEEN TEEM CLEANING & CONSTRUCTION SERVICES, LLC**

4001 W. DEVON AVE., STE. 410
CHICAGO, IL 60646

Phone #   (866) 588-2500
Fax #     (866) 324-2504
www.kleenteem.com

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 11/10/2015 | 12588 |

**Bill To**

AMERICARIBE-MORIARTY JV
799 BRICKELL PLAZA SUITE 700
MIAMI, FL 33131

**Job Location**

BRICKELL CITY CENTRE
NORTH TOWER

**P.O. No.**

APP #5

| Service Date | Item | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  | 0.00 | 0.00 |
| 11/10/2015 | POST CONSTRUCTION | Exterior Glass w/Blu Max Removal |  | 24,816.00 | 24,816.00 |
|  | POST CONSTRUCTION | Pressure Washing: Garage |  | 16,188.00 | 16,188.00 |
|  | POST CONSTRUCTION | EWO# 4 |  | 6,180.47 | 6,180.47 |

**TERMS**  Net 30 Days

**TOTAL**  $47,184.47

**SCO #**

**Payments/Credits**  -$28,850.85

**Balance Due**  $18,333.62