UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-22970-Civ-COOKE/TORRES

ADVANTAGE FUNDING
CORPORATION,

      Plaintiff,

vs.

JOHN MORIARTY &
ASSOCIATES OF FLORIDA,
INC., AMERICARIBE, INC.,
et al,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, ADVANTAGE FUNDING CORPORATION, and Defendants, KLEEN TEEM SERVICES, INC., KLEEN TEEM CLEANING AND CONSTRUCTION SERVICES, LLC, GEORGE STAVRAKAS[1] and DEAN STAVRAKAS, (collectively, "Defendants") by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate as follows:

1. All pending claims by Plaintiff against Defendants are dismissed *without prejudice*.

2. Each of the attorneys executing this Stipulation for Dismissal represents and warrants to the opposing party and the Court that he has full authority to execute this Stipulation of Settlement on behalf of his respective client.

Dated: November 6, 2017

---

[1] The claims against George Stavrakas are presently subject to the bankruptcy automatic stay.

2

| | |
|---|---|
| **/s/ Daniel W. Matlow, Esq**. | **/s/Eric Lee, Esq.** |
| Fla. Bar. 384666 | Fla. Bar No. 961299 |
| Local Counsel for Plaintiff | Counsel for Kleen Teem Defendants |
| | and George Stavrakas |
| Law Office of Daniel W. Matlow | Lee & Amtzis, P.L. |
| 4600 Sheridan Street | 5550 Glades Road, |
| Suite 300 | Suite 401 |
| Hollywood, FL 33021 | Boca Raton, FL 33431 |
| Phone: 954-842-2365 | Phone: (561) 981-9988 |
| E-mail: dmatlow@matlowlaw.com | E-mail: lee@leeamlaw.com |